Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re <u>Francisco and Laura Gonzalez</u>,  Case No. <u>14-28112-KCF</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>18</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>2/7/19</u>.

<u>Federal Home Loan Mortgage Corporation</u>  
Name of Alleged Transferor

<u>Specialized Loan Servicing LLC</u>  
Name of Transferee

Address of Alleged Transferor:  
Federal Home Loan Mortgage Corporation  
c/o Zucker Goldberg & Ackerman  
200 Sheffied Street, Suite 301  
Mountainside, NJ 07092-0024

Address of Transferee:  
Specialized Loan Servicing LLC  
8742 Lucent Blvd, Suite 300  
Highlands Ranch, Colorado 80129

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 2/8/19

Jeanne A. Naughton  
**CLERK OF THE COURT**