| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Reinheimer & Reinheimer<br>2494 Moore Road, Suite 4<br>Toms River, NJ 08753 | |

Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Francisco & Laura Gonzalez | Case No:     14-28112 |
|---|---|
| | Chapter: |
| | Hearing Date:     May 8, 2019 |
| | Judge:     KCF |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 603 Cedar Grove Road, Toms River, NJ 08753

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: American Express Centurion Bank
b. Current Assignee: Jaffe & Asher, LLP
c. Current Servicer: _____
d. Date of Mortgage/Lien: 11/26/2013
e. Date of Recordation: 04/11/2014
f. Place of Recordation: Ocean County, New Jersey
   i. Mortgage Book: _____
   ii. Page: _____
g. Original Principal Balance of Mortgage/Lien: $ 5,378.03

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*