**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reinheimer & Reinheimer
2494 Moore Road, Suite 4
Toms River, NJ 08753

In Re:

Francisco & Laura Gonzalez

**Order Filed on May 13, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:    14-28112

Chapter:    _____

Hearing Date:    May 8, 2019

Judge:    KCF

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE    ☒ LIEN    ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 603 Cedar Grove Road, Toms River, NJ 08753

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: American Express Centurion Bank
    b. Current Assignee: Jaffe & Asher, LLP
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: 11/26/2013
    e. Date of Recordation: 04/11/2014
    f. Place of Recordation: Ocean County, New Jersey
       i. Mortgage Book: _____
       ii. Page: _____
    g. Original Principal Balance of Mortgage/Lien: $ 5,378.03

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco J Gonzalez  
Laura C Gonzalez  
      Debtors

Case No. 14-28112-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 13, 2019  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
db/jdb     +Francisco J Gonzalez,    Laura C Gonzalez,    603 Cedar Grove Road,    Toms River, NJ 08753-3412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
      Albert Russo     docs@russotrustee.com  
      Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
      Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
      Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A.  
      bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
      Kurt E. Reinheimer    on behalf of Joint Debtor Laura C Gonzalez kerrein66@comcast.net, G1659@notify.cincompass.com  
      Kurt E. Reinheimer    on behalf of Debtor Francisco J Gonzalez kerrein66@comcast.net, G1659@notify.cincompass.com  
                                       TOTAL: 6