Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14–28112–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco J Gonzalez                             Laura C Gonzalez
603 Cedar Grove Road                             603 Cedar Grove Road
Toms River, NJ 08753                             Toms River, NJ 08753

Social Security No.:
  xxx–xx–3620                                    xxx–xx–8357

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 9, 2019              Michael B. Kaplan
                                      Judge, United States Bankruptcy Court